IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JERRY D. ROSSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-00060 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Jerry D. Rosson's Motion for Judgment Based upon the Administrative Record, or, in the Alternative, Motion for Remand (Doc. No. 14) ("Motion"), which was filed along with a supportive Brief (Doc. No. 15). Defendant Commissioner of Social Security filed a Response. (Doc. No. 20.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 21) ("Report") recommending that the Motion should be denied and that the decision of the Commissioner should be affirmed. *Id.* at 19. The Report was filed on July 28, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, **AFFIRMS** the decision of the Commissioner, and **DISMISSES** this action.

It is so ORDERED.

Entered this ___17th___ day of August, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT